169 P.3d 980

# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Cruz | 27242 | 09/07/2007 | Vacated & remanded |
| State v. Tactay | 27271 | 09/24/2007 | Vacated & remanded |
| Kam Center Specialty Corp. v. LWC IV Corp. | 27439 | 09/27/2007 | Affirmed, reversed, vacated & remanded |
| State v. Lacy | 27841 | 10/29/2007 | Vacated & affirmed |